UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
        Plaintiff(s),

JUDGE CROTTY
Index No. 07 CV 6770

  -against-

AFFIDAVIT OF SERVICE

MICHAEL STUART DESIGN, LTD.,
        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.:
COUNTY OF NEW YORK)

      OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 2nd day of August 2007, at approximately 11:30 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** upon Michael Stuart Design, Ltd. at 230 West 38th Street, 3rd Floor, New York, NY 10018, by personally delivering and leaving the same with Mary Brown, Bookkeeper, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Mary Brown is a black female, approximately 40 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 135 pounds with black hair and brown eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
6th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08