**△ UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

January 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 4 2008

**VIA FACSIMILE (212) 805-6304**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10003

Re: UNITE HERE National Health Fund, et al. –v.– Michael Stuart Design Ltd.--- 07-CV-6770 (PC)

Dear Judge Crotty:

We represent the plaintiffs in the above-referenced action to enforce the provisions of a collective bargaining agreement pursuant to Section 515 of ERISA. We are writing to advise the Court of the status of this action, which was filed on July 27, 2007.

After commencement of the action, the parties engaged in extended negotiations to resolve the claims asserted in the action. The parties recently entered into a signed settlement agreement. Defendant has failed to comply with the terms of the agreement and is currently in default. Consequently, plaintiffs anticipate amending the complaint to include additional claims and then prosecute the action to judgment.

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc: Michael Stuart Design, Ltd.

**MEMO ENDORSED**

*Handwritten endorsement:*

January 4, 2008

Plaintiff has until Monday January 14, 2008 to amend its complaint. Otherwise it will be dismissed for lack of prosecution. So ordered.

[signature] USDJ