UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL  :
HEALTH FUND and TRUSTEES OF THE UNITE :
HERE NATIONAL RETIREMENT FUND,      :
                                     :
                     Plaintiffs,     :
                                     :
        -against-                    :
                                     :             07-CV-6770(PAC)
MICHAEL STUART DESIGN, LTD.,         :
                                     :
                     Defendant.      :
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' First Amended Complaint to be served on defendant Michael Stuart Design, Ltd. on January 7, 2008 by causing a true copy thereof to be mailed, via first-class mail, postage prepaid, in an envelope addressed to defendant at its principal place of business at 230 West 38th Street – 3rd Floor, New York, New York 10018, ATTENTION: Michael Barber.

Dated: New York, New York
       January 7, 2008

_____
David C. Sapp (DS5781)