UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES FO THE
UNITE HERE NATIONAL RETIREMENT FUND,
        Plaintiff(s),                                    Index No. 07-CV-6770(PAC)

   -against-                                      AFFIDAVIT OF SERVICE
MICHAEL STUART DESIGN, LTD.,
        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK)
                       S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 8th day of January 2008, at approximately 1:20 p.m., deponent served a true copy of the **FIRST AMENDED COMPLAINT** upon Michael Stuart Design, Ltd. at 230 West 38th Street, 3rd Floor, New York, NY 10018, by personally delivering and leaving the same with Michael Stuart, who informed deponent that he is an officer authorized by law to receive service at that address.

      Michael Stuart is a white male, approximately 45 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 220 pounds with gray hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
10th day of January, 2008

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

_____
NOTARY PUBLIC