UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,

          Plaintiff,

-v-

MICHAEL STUART DESIGN, LTD.,

          Defendant.
-------------------------------------------------------------------------x

Case No. 07 CV-6770 (PAC)

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>defendant Michael Stuart Design, Ltd</u>. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                        None.

Date: January 25, 2008

                                               _____
                                               Keith Le Pack, Esq. (KL-9767)