Keith LePack, Esq.
211 West 71st Street
New York, New York 10023
Tel.: (800) 364-7132
Fax: (917) 591-0340
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,

              Plaintiff,
-v-                                                                           No. 07 CV-6770 (PAC)

MICHAEL STUART DESIGN, LTD.,                                 *Electronically Filed*
                                                             **Jury Trial Demanded**
              Defendant.
------------------------------------------------------------------------x

## DEFENDANTS' ANSWER
## TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, by and through its attorney, Keith Le Pack, Esq., hereby answers the Amended

Complaint of Plaintiff as follows:

### NATURE OF ACTION

    1.    On information and belief, Defendant admits the allegations of this paragraph "1."

### JURISDICTION AND VENUE

    2.    On information and belief, Defendant admits the allegations of this paragraph "2."

    3.    On information and belief, Defendant admits the allegations of this paragraph "3."

### THE PARTIES

4. The answering Defendant denies knowledge of sufficient information to form a belief as to the truth of each and every allegation contained in this paragraph "4."

5. The answering Defendant denies knowledge of sufficient information to form a belief as to the truth of each and every allegation contained in this paragraph "5."

6. On information and belief, Defendant admits the allegations of this paragraph "6."

7. The answering Defendant denies knowledge of sufficient information to form a belief as to the truth of each and every allegation contained in this paragraph "7."

## AS AND FOR AN ANSWER TO THE FIRST CLAIM FOR RELIEF BY PLAINTIFF TRUSTEES OF THE HEALTH FUND AGAINST DEFENDANT

8. The answering Defendant repeats, reiterate and realleges each and every answer to the allegations contained in paragraphs 1. through 7, inclusive, with the same force and effect as if same were set forth more fully at length herein.

9. The answering Defendant denies the allegations contained in this paragraph "9."

10. On information and belief, Defendant admits the allegations of this paragraph "10."

## AS AND FOR AN ANSWER TO THE SECOND CLAIM FOR RELIEF BY PLAINTIFF TRUSTEES OF THE RETIREMENT FUND AGAINST DEFENDANT

11. The answering Defendant repeats, reiterate and realleges each and every answer to the allegations contained in paragraphs 1. through 7, inclusive, with the same force and effect as if same were set forth more fully at length herein.

12. The answering Defendant denies the allegations contained in this paragraph "12."

13. On information and belief, Defendant admits the allegations of this paragraph "13."

## AS AND FOR AN ANSWER TO THE THIRD CLAIM FOR RELIEF BY PLAINTIFF TRUSTEES OF THE HEALTH FUND AND PLAINTIFF TRUSTEES OF THE RETIREMENT FUND AGAINST DEFENDANT

14. The answering Defendant repeats, reiterate and realleges each and every answer to the allegations contained in paragraphs 1. through 13, inclusive, with the same force and effect as if same were set forth more fully at length herein.

15. The answering Defendant denies the allegations contained in this paragraph "15."

16. On information and belief, Defendant admits the allegations of this paragraph "16."

**WHEREFORE**, the responding defendant respectfully demands an order and judgment as follows:

a. Dismissing Plaintiff's complaint in its entirety;

b. Such other and further relief as this Honorable Court deems just and proper.

Dated: New York, New York
January 24, 2008

Yours,

KEITH LePACK, ESQ.

Keith LePack, Esq. (KL-9767)
211 West 71st Street, 5th Floor
New York, New York 10023
(800) 364-7132