**△ UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.
730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

January 31, 2008

VIA FACSIMILE (212) 805-6304

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10003

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 3 1 2008

Re: UNITE HERE National Health Fund, et al. –v.– Michael Stuart Design Ltd.--- 07-CV-6770 (PC)

Dear Judge Crotty:

We represent the plaintiffs in the above-referenced action to enforce the provisions of a collective bargaining agreement under Section 515 of ERISA. As permitted by Rule "E" of your Honor's Individual Practices, we are writing to request a brief adjournment of the initial pretrial conference scheduled for February 7, 2008 at 3:00 p.m. With the consent of Keith LePack, Esq., defendant's counsel, we make this request for the following reasons.

I am the attorney with primary responsibility for the prosecution of the instant action. My wife is scheduled to deliver our child on February 5, 2008 in Northern Westchester County, and I anticipate being with her in the hospital during her recovery from the surgery. We have been advised that she should be released from the hospital on February 8, 2008. Consequently, we respectfully request a short adjournment of the initial pretrial conference.

The instant application is the first request for an adjournment of the initial pretrial conference. Further, Mr. LePack and I are available on the afternoons of February 21, 2008, February 28, 2008 or March 6, 2008 or on another date as the Court requires. The requested adjournment does not affect any other scheduled dates in the action.

The Court's considerations are appreciated

Respectfully submitted,

David C. Sapp (DS5781)

cc: Keith LePack, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 2/21/08 at 3:30 pm in Courtroom 20C.

SO ORDERED:

HON. PAUL A. CROTTY