

**UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

April 1, 2008

<u>VIA FACSIMILE (212) 805-6304</u>

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10003

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 01 2008

**MEMO ENDORSED**

Re: UNITE HERE National Health Fund, et al. -v.- Michael Stuart Design Ltd. --- 07-CV-6770 (PAC)

Dear Judge Crotty:

We represent the Plaintiffs in the above-referenced action to enforce the provisions of a collective bargaining agreement pursuant to Section 515 of ERISA. Joined by Keith LePack, Esq., Defendant's counsel, the parties are writing to request a 30-day adjournment of the April 2, 2008 pretrial conference to permit the parties additional time to pursue discussions in an effort to resolve the instant action. The parties make this request for the following reasons.

After the February 21, 2008 conference before your Honor, the parties met and discussed the terms of a possible settlement and defendant proffered an initial payment on the outstanding balance of the delinquent contributions. During those discussions, certain issues arose concerning the documentation of payroll remittances from defendant. These issues required Defendant to submit additional documentation to Plaintiffs, which occurred late last week. Plaintiffs will require additional time to review and incorporate the remittance documentation into the calculations underlying a final settlement of the action. Consequently, the parties make the instant application.

As note above, Mr. LePack, Defendant's counsel, consents to the instant request.

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc (via e-mail): Keith LePack, Esq.

Application GRANTED. The conference is adjourned to 5/6/08 at 2:45 PM in Courtroom 20C.

SO ORDERED: APR 01 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE