# △ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

May 5, 2008

**VIA FACSIMILE (212) 805-6304**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10003

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 6 2008
```

Re:  UNITE HERE National Health Fund, et al. –v.– Michael Stuart Design Ltd. — 07-CV-6770 (PC)

Dear Judge Crotty:

**MEMO ENDORSED**

We represent the plaintiffs in the above-referenced action to enforce the provisions of a collective bargaining agreement under Section 515 of ERISA. As permitted by Rule "E" of your Honor's Individual Practices, we are writing to <u>request a one-month adjournment of the pretrial conference scheduled for May 6, 2008 at 2:45 p.m.</u> With the consent of Keith LePack, Esq., defendant's counsel, we make this request for the following reasons.

The parties have reached a tentative settlement of the dispute underlying the claims in the action, but will require additional time to resolve certain outstanding issues, and draft and circulate the necessary settlement documents, which will include a stipulation of dismissal.

While the parties anticipate finalizing the settlement within the next 30-days, plaintiffs wish to reserve the right to continue the action should the settlement not be concluded within that time period.

The instant application is the first request for an adjournment of the May 6 pretrial conference.

The Court's considerations are appreciated

Respectfully submitted,

David C. Sapp (DS5781)

cc:  Keith LePack, Esq.

Application GRANTED. The conference is adjourned to 6/19/08 at 2:30 pm in Courtroom 20-C
SO ORDERED: MAY 1 6 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE