AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

TRUSTEES OF THE UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE UNITE HERE NATIONAL RETIREMENT FUND

Plaintiffs,

- v. -

MICHAEL STUART DESIGN, LTD.
Defendant.

**APPEARANCE**

Case Number: 07 Civ. 6770 (PAC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Trustees of the UNITE HERE National Health Fund and
Trustees of the UNITE HERE National Retirement Fund

I certify that I am admitted to practice in this court.

June 9, 2008
Date

Signature

David C. Sapp  DS 5781
Print Name  Bar Number

730 Broadway, 9th Floor
Address

NY  NY  10003-9511
City  State  Zip Code

(212) 539-5576  (212) 387-0710
Phone Number  Fax Number