**△ UNITE HERE Fund Administrators**

*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

750 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

July 31, 2008

<u>**VIA FACSIMILE (212) 805-6304**</u>

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10003

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008
```

**MEMO ENDORSED**

Re:  UNITE HERE National Health Fund, et al. -v.- Michael Stuart Design Ltd.--- 07-CV-6770 (PC)

Dear Judge Crotty:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions owing to two Taft-Hartley employee benefit funds. We are writing to request a brief adjournment of the July 31, 2008 deadline to restore the action to your Honor's calendar. We make this request for the following reasons.

The parties have reached a settlement and are circulating a settlement agreement for signature. We anticipate that the settlement will be concluded by Friday, August 8, 2008. While the parties continue to anticipate a successful conclusion of the action without further litigation, plaintiffs wish to preserve their right to proceed with the action in the unlikely event that the parties are unable to conclude a settlement.

For the foregoing reasons and, in the interests of judicial economy, we respectfully request that the Court extend the deadline to restore the action to your Honor's calendar to August 8, 2008.

Keith LePack, Esq., defendant's counsel, joins in the instant application.

The Courts' considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc: Keith LePack, Esq. (via facsimile)

SO ORDERED: AUG 0 4 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

** TOTAL PAGE.02 **