△ **UNITE HERE Fund Administrators**

*An Affiliate of Amalgamated Life*

August 7, 2008

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5576
fax: 212-387-0710

VIA FACSIMILE (212) 805-6304

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10003

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 1 2008
```

Re: UNITE HERE National Health Fund, et al. –v.– Michael Stuart Design Ltd.— 07-CV-6770 (PC)

**MEMO ENDORSED**

Dear Judge Crotty:

We represent the plaintiffs in the above-referenced action to collect delinquent employee benefit fund contributions owing to two Taft-Hartley employee benefit funds. We are writing to request an additional brief adjournment of the August 8, 2008 deadline to restore the action to your Honor's calendar. We make this request for the following reasons.

The parties have reached a settlement and are circulating a settlement agreement for signature. Keith LePack, Esq., defendant's counsel, advises that he will require additional time to review the settlement agreement with his client as Mr. LePack was called out-of-town on an emergency earlier this week. Mr. LePack represents that he should be able to meet with his client early next week to complete the execution of the documents. While the parties continue to anticipate a successful conclusion of the action without further litigation by August 15, 2008, plaintiffs wish to preserve their right to proceed with the action in the unlikely event that the parties are unable to conclude a settlement.

For the foregoing reasons and, in the interests of judicial economy, we respectfully request that the Court extend the deadline to restore the action to your Honor's calendar to August 15, 2008.

On behalf of defendant, Mr. LePack joins in the instant application.

The Courts' considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5789)

cc: Keith LePack, Esq. (via facsimile)

SO ORDERED: AUG 1 1 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

** TOTAL PAGE.02 **