USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and
TRUSTEES OF THE UNITE HERE NATIONAL
RETIREMENT FUND,
                    Plaintiffs,

against

MICHAEL STUART DESIGN, LTD.,
                    Defendant.

STIPULATION OF
VOLUNTARY DISMISSAL
07 Civ. 6770 (PC)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that the above-captioned action be and the same hereby is voluntarily dismissed without prejudice and without costs or attorneys' fees to either party as against the other.

Dated: July 24, 2008
       New York, New York

THE LEPACK GROUP

_____
Keith LePack, Esq. (KL-9767)
Attorney for Defendant
211 West 71st Street, 5th Floor
New York, NY 10023
(800) 364-7132

UNITE HERE FUNDS ADMINISTRATORS, INC.

_____
David C. Sapp, Esq. (DS-5781)
Amalgamated Life Insurance Company
Attorney for Plaintiffs
730 Broadway, 9th Floor
New York, New York 10003-9511
(212) 539-5576

SO ORDERED:
_____ 8/18/08
U.S.D.J.